## Commonwealth *v.* Coplin, Appellant.

Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Drew Salaman,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*David Richman,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 22, 1974:

The petition for allocatur is granted. We agree with the reasoning of the Opinion in Support of Reversal in the Superior Court that the evidence is insufficient to sustain appellant's conviction of larceny. *Commonwealth v. Coplin,* 226 Pa. Superior Ct. 146, 147, 313 A.2d 349, 349 (1973) (SPAETH, J., Opinion in Support of Reversal, joined by JACOBS and HOFFMAN, JJ.).

The judgment of sentence is reversed and appellant discharged.